AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Derwin Gonzalez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01452 |
| Zinaman, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                              .

Date:      03/04/2025

/s/ Elena Cohen
*Attorney's signature*

Elena Cohen, 4974796
*Printed name and bar number*

Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

elena@femmelaw.com
*E-mail address*

(929) 888-9650
*Telephone number*

(929) 888-9457
*FAX number*