UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

DERWIN GONZALEZ,

                              Plaintiff,

-against-

THE CITY OF NEW YORK; NYPD OFFICER ZACHARY ZINAMAN (SHIELD NO. 16519); NYPD OFFICER BRENDEN ROGERS (SHIELD NO. 2146); NYPD OFFICER UTSAV DESAID, AND NYPD MEMBER DOES 1-4,

                              Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

25 Civ. 1452 (LJL)

        **PLEASE TAKE NOTICE** that **JONATHAN HUTCHINSON**, Senior Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant City of New York.

Dated: New York, New York
         March 20, 2025

                              MURIEL GOODE-TRUFANT
                              Corporation Counsel of the City of New York
                              *Attorney for defendant City of New York*
                              100 Church Street, Rm. 3-173A
                              New York, New York 10007
                              Tel: (212) 356-2410
                              jhutchin@law.nyc.gov

                              Respectfully submitted,

                       By:    */s/ Jonathan Hutchinson*
                              _____
                              JONATHAN HUTCHINSON
                              *Senior Counsel*

cc:    **VIA ECF**
        Elena Louisa Cohen, Esq.
        Remy Green, Esq.
        Gideon Orion Oliver, Esq.
        *Attorneys for Plaintiff*