```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
DERWIN GONZALEZ,                                                    :
:
                              Plaintiff,                       :      25-cv-01452 (LJL)
:
                 -v-                                   :      ORDER OF REFERENCE
:
THE CITY OF NEW YORK; NYPD OFFICER                                  :
ZACHARY ZINAMAN (SHIELD NO. 16519);                                 :
NYPD OFFICER BRENDEN ROGERS (SHIELD                                 :
NO. 2146); NYPD OFFICER UTSAV DESAI, et al,                         :
                                                                      X

                              Defendants.

------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| _X_ | Settlement | | |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |
| ___ | Inquest After Default/Damages Hearing | | |

      The parties are directed to contact the chambers of Magistrate Judge Ona T. Wang.

      SO ORDERED.

Dated: May 29, 2025
       New York, New York
                                                                     LEWIS J. LIMAN
                                                                     United States District Judge