**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DERWIN GONZALEZ,

            Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

           Defendants.

-----------------------------------------------------------x

25-CV-1452 (LJL) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, August 13, 2025 at 2:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

SO ORDERED.

Dated: June 3, 2025
New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                    United States Magistrate Judge