UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DERWIN GONZALEZ,

                                        Plaintiff,

- against -

THE CITY OF NEW YORK, *et al.,*

                                        Defendants.

**STIPULATION REGARDING PROPOSED FIRST AMENDED COMPLAINT**

**25-cv-1452 (LJL)(OTW)**

------------------------------------------------------------------------X

**WHEREAS**, on July 18, 2025, Plaintiff provided Defendants with a proposed First Amended Complaint ("FAC") to review, seeking their consent to amend the FAC.

**NOW**, **THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** that counsel for the New York City Law Department, which represents Defendants City of New York, New York City Police Department ("NYPD") Officer Zachary Zinaman, NYPD Officer Brenden Rogers, and NYPD Officer Utsav Desai, consents in writing to Plaintiff's proposed amended pleading, pursuant to Fed.R.Civ.P. 15(a)(2).

DATED:    New York, New York
               July 21, 2025

_____
Gideon Orion Oliver
Attorney for Plaintiff

_____
Jonathan Hutchinson
New York City Law Department
Counsel for Defendants City,
Zinaman, Rogers, and Desai