**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
DERWIN GONZALEZ,                                            :
                                                            :
                Plaintiff,                                  :      25-CV-1452 (LJL) (OTW)
                                                            :
        -against-                                           :      SCHEDULING ORDER
                                                            :
CITY OF NEW YORK, et al.,                                   :
                                                            :
                Defendant.                                  :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Wednesday, August 13, 2025. In accordance with the Court's instructions and orders on that call, it is now hereby:

**ORDERED** that an in-person Settlement Conference will be held on **Wednesday, October 08, 2025 at 2:00 p.m.**. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VII upon receipt of this Scheduling Order.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **Wednesday, October 01, 2025**.

**SO ORDERED.**

Dated: August 18, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge