

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK , NEW YORK 10007 | **JONATHAN HUTCHINSON** <br> *Senior Counsel* <br> jhutchin@law.nyc.gov <br> Phone:  (212) 356-2410 |

September 10, 2025

**By ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Derwin Gonzalez  v. City of New York, et al.</u>,
      25 Civ. 1452 (LJL)

Your Honor:

  I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Zachary Zinaman, Brenden Rogers, and Utsav Desai (collectively, "defendants") in the above-referenced matter. Defendants write to respectfully request: (1) a sixty (60) day extension of the deadline to complete fact discovery, from September 26, 2025 to November 25, 2025, (2) a corresponding sixty (60) day extension of the deadline to complete expert discovery, from November 10, 2025 to January 9, 2026, (3) a corresponding sixty (60) day adjournment of the post-discovery status conference scheduled in this matter, from November 17, 2025 until January 16, 2025, and (4) a corresponding sixty (60) day extension of the deadline to file motions for summary judgment, from November 24, 2025 to January 26, 2025.  Plaintiff's attorney, Gideon O. Oliver, Esq., consents to these requests.

  By way of relevant background, the parties are currently in the midst of fact discovery. Initial disclosures have been exchanged and the parties have exchanged their first sets of interrogatories and document requests. On August 13, 2025 the parties attended a preliminary settlement conference with the Honorable Ona T. Wang and a settlement conference was scheduled to be held in this matter on October 8, 2025. <u>See</u> ECF 27. The requested extension of time would allow the parties to participate in the settlement conference and pursue resolution of this matter prior to engaging in the more costly discovery, including depositions.

  Accordingly, defendants respectfully request: (1) a sixty (60) day extension of the deadline to complete fact discovery, from September 26, 2025 to November 25, 2025, (2) a corresponding sixty (60) day extension of the deadline to complete expert discovery, from November 10, 2025 to January 9, 2026, (3) a corresponding sixty (60) day adjournment of the post-discovery status

conference scheduled in this matter, from November 17, 2025 until January 16, 2025, and (4) a corresponding sixty (60) day extension of the deadline to file motions for summary judgment, from November 24, 2025 to January 26, 2025.

    Thank you for your time and consideration.

                                            Respectfully submitted,

                                            /s/ *Jonathan Hutchinson*
                                            Jonathan Hutchinson
                                            *Senior Counsel*

cc:    **VIA ECF**
        Gideon Orion Oliver, Esq.
        Elena Louisa Cohen, Esq.
        Remy Green, Esq.
        *Attorneys for plaintiff*