UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF

| | |
|---|---|
| **Plaintiff / Petitioner:** <br> DERWIN GONZALEZ <br> **Defendant / Respondent:** <br> THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE** <br> Index No: <br> 25-CV-01452 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Sep 16 2025 AT 09:23 AM AT 230 EAST 21ST STREET, NEW YORK, NY 10010 deponent served the within Summons and first amended complaint,individual practices in civil cases and ecf rules on SERGEANT GUSTAVO PAUL

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Lieutenant Townsend a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 230 EAST 21ST STREET, NEW YORK, NY 10010, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Tue, Sep 16 2025.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 45 | Ethnicity: Caucasian | Gender: Male | Weight: 240 |
| Height: 6' | Hair: Brown | Eyes: Brown | Relationship: Co worker |
| Other | | | |

*[signature]*

Mitchell Raider
1450036

I affirm this 16 day of SEPTEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                                     COUNTY OF

| | |
|---|---|
| **Plaintiff / Petitioner:** DERWIN GONZALEZ | **AFFIDAVIT OF SERVICE** Index No: 25-CV-01452 |
| **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Sep 16 2025 AT 09:48 AM AT 321 EAST 5TH, NEW YORK, NY 10003 deponent served the within Summons and first amended complaint,individual practices in civil cases and ecf rules on PO EUGENE ADELEYE

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to PO Ng a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 321 EAST 5TH, NEW YORK, NY 10003, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Tue, Sep 16 2025.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | |
|---|---|---|---|---|
| Age: 40 | Ethnicity: Asian American | Gender: Female | Weight: 150 | |
| Height: 5'4" | Hair: Black | Eyes: Brown | Relationship: Co worker | |
| Other | | | | |

Mitchell Raider
1450036

I affirm this 16 day of SEPTEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.