

| | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small> | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **L<small>AW</small> D<small>EPARTMENT</small>**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **JONATHAN HUTCHINSON**<br>*Senior Counsel*<br>jhutchin@law.nyc.gov<br>Phone: (212) 356-2410 |

September 25, 2025

**By ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Derwin Gonzalez v. City of New York, et al.</u>,
      25 Civ. 1452 (LJL)

Your Honor:

  I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Zachary Zinaman, Brenden Rogers, and Utsav Desai (collectively, "defendants") in the above-referenced matter. Defendants write to respectfully request a seven (7) day extension of the deadline to respond to plaintiff's motion for a proposed protective order, to October 3, 2025. This is defendants' first such request. Plaintiff's counsel, Gideon Orion Oliver, Esq., consents to this request.

  On September 24, 2025, plaintiff filed an application for a proposed protective order, noting defendants' opposition and including defendants' alternative proposed protective order as Exhibit 4. <u>See</u> ECF 34. According to Your Honor's individual rules, defendants' response to plaintiff's application is due two business days from filing, namely September 26, 2025. Due to a number of depositions scheduled in other matters this week and next, as well as several other intervening deadlines in other matters, the undersigned requires additional time to respond to plaintiff's application.

  Accordingly, defendants respectfully request a seven (7) day extension of time to respond to plaintiff's application for a protective order, to October 3, 2025.

  Thank you for your time and consideration.

Respectfully submitted,

/s/ *Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*

cc: **VIA ECF**
Gideon Orion Oliver, Esq.
Elena Louisa Cohen, Esq.
Remy Green, Esq.
*Attorneys for plaintiff*