**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

September 25, 2025

**BY ECF**
Hon. Lewis J. Liman, United States District Judge
United States District Court, Southern District of New York

    Re:    *Derwin Gonzalez v. City of New York, et al.*, 25 CV 1452 (LJL)(OTW)

Your Honor:

I am co-counsel for Plaintiff Derwin Gonzalez. I write in response to the letter submitted this morning by Defendant City of New York, Zachary Zinaman, Brenden Rogers, and Utsav Desai (the "Defendants") because it does not accurately reflect Plaintiff's position on their request for a one-week extension of tomorrow's deadline for their response to Plaintiff's application for a protective order.

The parties apparently had a misunderstanding. I write so that the record accurately reflects Plaintiff's position. During a call yesterday, I said Plaintiff would happily consent to the proposed application if Magistrate Judge Wang were to adjourn the settlement conference currently scheduled for October 8, 2025 by around a month. Otherwise, because Defendants are refusing to disclose documents that are necessary to have a meaningful settlement conference (such as law enforcement disciplinary records that are typically exchanged in advance of such conferences) without a protective order in place, Plaintiff cannot consent to additional delays in resolving the protective order issue.

After we spoke, yesterday afternoon, defense counsel e-mailed to note their consent to an application to adjourn the settlement conference, and asked: "May I note your consent to my request for a 7-day extension to file my opposition to your proposed protective order?" Defendants then filed ECF 36 this morning, without waiting for my response.

To be clear, later this morning, Plaintiff intends to file a motion, with Defendants' consent, asking Judge Wang to adjourn the settlement conference, which the parties hope the Court will grant. If that happens, Plaintiff readily consents to a one-week adjournment of tomorrow's deadline with respect to Plaintiff's protective order application. If not, Plaintiff does not consent to an adjournment of that length, given the timing of the conference as currently scheduled and Defendants' position with respect to producing certain documents in advance of the conference.

Thank you for the Court's attention to this matter.

Respectfully submitted,

Gideon Orion Oliver