**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

October 1, 2025

**BY ECF**
Hon. Ona T. Wang, United States Magistrate Judge
United States District Court, Southern District of New York

    Re:    <u>Derwin Gonzalez v. City of New York, et al.</u>, 25 CV 1452 (LJL)(OTW)

Your Honor:

    I am co-counsel for Plaintiff Derwin Gonzalez. I write to request that the Court adjourn the settlement conference currently scheduled for October 8, 2025, to a date on or after November 10, 2025, except for November 13th and November 23rd-30th, and December 21st-31st, with a corresponding adjustment of the pre-conference deadlines. I drafted, and believed that I had filed, this application on September 25, 2025, and then realized I had not filed it this morning. Defendants City of New York, Zachary Zinaman, Brenden Rogers, and Utsav Desai (the "City Defendants") consent to this application. There has been no prior application to adjourn the settlement conference. Defendants Gustavo Paul and Eugene Adeleye, who were first named in the July 21, 2025 First Amended Complaint have not yet appeared in this matter. Their answer or other response to that pleading is due on October 7, 2025 – the day before the settlement conference is scheduled.

    Plaintiff makes this application because the City Defendants have not produced documents, including documents such as law enforcement disciplinary records related to the Defendants and related to the incident that is the subject of this litigation, that Plaintiff believes are necessary to explore settlement meaningfully. Among other things, the City Defendants have taken the position that a protective order covering such records is necessary, and the parties are in the process of briefing a related dispute, with the City Defendants' response to an application for a protective order that Plaintiff filed yesterday due on October 3, 2025 – just three business days before the currently-scheduled settlement conference. If the Court grants this application, the parties would have some time to resolve the protective order and document production issues before the adjourned date. Additionally, as seen above, two of the recently-named and recently-served individual Defendants have not yet appeared. If the Court grants the requested adjournment, they will have appeared and can participate in the settlement negotiations.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Gideon Orion Oliver*

Gideon Orion Oliver