**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DERWIN GONZALEZ, :
:
               Plaintiff, :      25-CV-1452 (LJL) (OTW)
:
             -against- :
:      **SCHEDULING ORDER**
CITY OF NEW YORK, et al., :
:
             Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Thursday, December 18, 2025 at 2:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                                 *s/ Ona T. Wang*
Dated: November 14, 2025                               **Ona T. Wang**
       New York, New York                      United States Magistrate Judge