**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

Office: (718) 783-3682
Signal: (646) 263-3495
Fax: (646) 349-2914*

*Not for service*

December 3, 2025

**REQUEST GRANTED.**
The Court approves the extension to discovery deadlines as proposed. The deadline for fact discovery is extended to January 24, 2026. The deadline for expert discovery is extended to March 10, 2026. The post-discovery status conference is rescheduled to March 17, 2026 at 11:00AM. The deadline for summary judgment motions is extended to March 26, 2026. No further extensions will be granted.

12/4/2025

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York

Re: <u>Derwin Gonzalez v. City of New York, et al.</u>, 25 CV 1452 (LJL)(OTW)

Your Honor:

I am co-counsel for Plaintiff Derwin Gonzalez. I write jointly with counsel for Defendants to ask that the Court extend the deadlines to complete fact discovery, and the other subsequent deadlines in the case, by 60 days.

At the outset, we apologize for not making a motion before the November 25, 2025 expiration of the fact discovery deadline. Allowing that date to pass without doing so was a mistake on our part.

We now bring this application in light of the status of discovery in this case, and the parties' desire to fully explore the possibility of settlement. The parties made one previous motion for an extension of these deadlines, which the Court granted on September 11, 2025. *See* ECF 31.

Although the parties have exchanged some written discovery, no depositions have yet taken place. On September 24, 2025, Plaintiff made an application for a Protective Order. At that time, Defendants were objecting to turning over certain discovery without a protective order in place, including law enforcement disciplinary records that Plaintiff asserted he required in order to proceed meaningfully with the settlement conference that was then scheduled to take place before Hon. Ona T. Wang on October 8, 2025. The Court rendered a decision on Plaintiff's protective order application on October 15, 2025. *See* ECF 34-43.

On October 28, 2025, Defendants disclosed the law enforcement disciplinary records. Since then, the parties' focus has been on potential settlement. On that front, while the motion regarding the protective order was pending, Judge Wang adjourned the October 8, 2025 settlement conference to November 12, 2025, including because the issue of disclosing the law enforcement disciplinary records. *See* ECF 39-40. Although the settlement conference did not lead to a settlement on that date, the Court has scheduled a telephonic settlement conference call for the parties to continue settlement conversations for December 18, 2025. *See* ECF 45.

Counsel believe settlement discussions may yet prove to be productive and that it makes sense to fully explore settlement before conducting further discovery, including depositions, and/or additional motion practice, which would make settlement unlikely.

If the Court grants this application, the current deadlines would change as follows:

Fact discovery: From November 25, 2025 to January 24, 2026 or thereafter
Expert discovery: From January 9, 2026 to March 10, 2026 or thereafter
Post-discovery conference: From January 16, 2026 to March 17, 2026 or thereafter
Summary judgment motions: From January 26, 2026 to March 26, 2026 or thereafter

If the Court does not grant this application, the parties ask that the Court extend each of the foregoing deadlines to the extent the Court determines is reasonable under the circumstances.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Gideon Orion Oliver