

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JONATHAN HUTCHINSON<br>*Senior Counsel*<br>jhutchin@law.nyc.gov<br>Phone: (212) 356-2410 |

December 17, 2025

**By ECF**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  Derwin Gonzalez v. City of New York, et al.,
>      25 Civ. 1452 (LJL) (OTW)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Zachary Zinaman, Brenden Rogers, Utsav Desai, and Gustavo Paul (collectively, "defendants") in the above-referenced matter. Defendants write to respectfully request an adjournment of the pre-settlement conference call scheduled for December 18, 2025. This is defendants' first such request. Plaintiff's counsel, Gideon Oliver, Esq., consents to this request.

By way of background, Your Honor held a settlement conference with the parties on November 12, 2025. See Court Docket Entry dated November 12, 2025. On November 14, 2025, the Court scheduled a pre-settlement conference call with the parties, for December 18, 2025. See ECF No. 45. On December 1, 2025, the undersigned began a federal trial in the Eastern District of New York, which is still, unexpectedly, in progress.

The undersigned respectfully requests an adjournment of the December 18, 2025 pre-conference call, to a date convenient to the Court. The parties have conferred and agreed that December 30, 2025, January 5, 2026, and January 9, 2026 are available dates for a rescheduled call. Accordingly, defendants respectfully request an adjournment of the December 18, 2025 pre-settlement conference call, to a date convenient to the Court.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*

cc: **VIA ECF**
Gideon Orion Oliver, Esq.
Elena Louisa Cohen, Esq.
Remy Green, Esq.
*Attorneys for plaintiff*