

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**JONATHAN HUTCHINSON**
*Senior Counsel*
jhutchin@law.nyc.gov
Phone: (212) 356-2410

January 21, 2026

**By ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The parties' requests for extension are GRANTED. The post-discovery status conference currently scheduled for March 17, 2026 is adjourned to May 13, 2026 at 2:00 p.m. in Courtroom 15C.
>
> SO ORDERED.
>
> January 22, 2026
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re: Derwin Gonzalez v. City of New York, et al.,
25 Civ. 1452 (LJL)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Zachary Zinaman, Brenden Rogers, Utsav Desai, Gustavo Paul, and Eugene Adeleye (collectively, "defendants") in the above-referenced matter. Defendants write on behalf of the parties to respectfully request: (1) a sixty (60) day extension of the deadline to complete fact discovery, from January 24, 2026 to March 25, 2026, (2) a corresponding sixty (60) day extension of the deadline to complete expert discovery, from March 10, 2026 to May 11, 2026, (3) an adjournment of the post-discovery status conference scheduled in this matter on March 17, 2026 to a date following the close of discovery, and (4) a corresponding sixty (60) day extension of the deadline to file motions for summary judgment, from March 26, 2026 to May 25, 2026. This is the parties' third such request. Plaintiff's attorney, Gideon O. Oliver, Esq., joins in these requests.

By way of relevant background, the parties are currently in the midst of fact discovery. On November 12, 2025, the parties attended a settlement conference before the Hon. Ona T. Wang but were ultimately unsuccessful in resolving the case. See Docket Entry dated November 12, 2025. The parties also participated in a settlement conference call on January 20, 2026 and are continuing to engage in substantive settlement negotiations. See ECF No. 49. The requested extension of time would allow the parties to continue their attempts to resolve several outstanding issues that are implicated in the potential settlement of this matter prior to engaging in more costly discovery, including depositions.

Accordingly, the parties respectfully request: (1) a sixty (60) day extension of the deadline to complete fact discovery, from January 24, 2026 to March 25, 2026, (2) a corresponding sixty (60) day extension of the deadline to complete expert discovery, from March 10, 2026 to May 11,

2026, (3) an adjournment of the post-discovery status conference scheduled in this matter on March 17, 2026 to a date following the close of discovery, and (4) a corresponding sixty (60) day extension of the deadline to file motions for summary judgment, from March 26, 2026 to May 25, 2026.

        Thank you for your time and consideration.

        Respectfully submitted,

        /s/ *Jonathan Hutchinson*
        Jonathan Hutchinson
        *Senior Counsel*

cc:    **VIA ECF**
        Gideon Orion Oliver, Esq.
        Elena Louisa Cohen, Esq.
        Remy Green, Esq.
        *Attorneys for plaintiff*