**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DERWIN GONZALEZ,

            Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

           Defendants.

-----------------------------------------------------------x

25-CV-1452 (LJL) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Tuesday, March 03, 2026 at 4:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                                           *s/ Ona T. Wang*

Dated: January 28, 2026                                            **Ona T. Wang**
        New York, New York                          United States Magistrate Judge