**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DERWIN GONZALEZ,

               Plaintiff,          25-CV-1452 (LJL) (OTW)

        -against-          **SCHEDULING ORDER**

CITY OF NEW YORK, et al.,

               Defendants.

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Thursday, March 26, 2026 at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                                     *s/ Ona T. Wang*

Dated: March 4, 2026                                   **Ona T. Wang**
      New York, New York                     United States Magistrate Judge