

**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com***
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*\*Not for service*

March 18, 2026

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York

Re:    *Derwin Gonzalez v. City of New York, et al.*, 25 CV 1452 (LJL)(OTW)

Your Honor:

I am co-counsel for Plaintiff Derwin Gonzalez. I write jointly with counsel for Defendants to ask that the Court extend the deadlines to complete fact discovery, and the other subsequent deadlines in the case, by 60 days. We now bring this application in light of the status of discovery in this case, and the parties' desire to fully explore the possibility of settlement. The parties made two previous motions for an extension of these deadlines, which the Court granted. *See* ECF 31, 51.

Although the parties have exchanged some written discovery, no depositions have yet taken place, as the parties have been focused on pursuing settlement negotiations with guidance and assistance from Hon. Ona T. Wang, who has now presided over an in-person conference on November 12, 2025, and two follow-up telephonic conferences on January 20, 2026 and March 3, 2026, with a third scheduled for March 26, 2026. The parties are very hopeful we will be able to settle the case following the upcoming conference. We make this application as the conference falls after the fact discovery cutoff, and in the event we cannot reach a settlement after all.

If the Court grants this application, the current deadlines would change as follows:

Fact discovery: From March 25, 2026 to May 25, 2026 or thereafter
Expert discovery: From May 11, 2026 to July 10, 2026 or thereafter
Post-discovery conference: From May 13, 2026 to a date after the close of discovery
Summary judgment motions: From May 25, 2026 to July 24, 2026 or thereafter

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Gideon Orion Oliver