**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

DERWIN GONZALEZ,                                          :
                                                         :
                                    Plaintiff,           :         25-CV-1452 (LJL) (OTW)
                                                         :
                        -against-                        :
                                                         :         **SCHEDULING ORDER**
CITY OF NEW YORK, et al.,                                 :
                                                         :
                                    Defendant.           :
                                                         :
                                                         :
--------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Thursday, March 26, 2026.

In accordance with the Court's instructions and orders on that call, it is now hereby:

**ORDERED** that an in-person Settlement Conference will be held on **Wednesday, May 13, 2026 at 2:00 p.m.**. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VII upon receipt of this Scheduling Order.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **Wednesday, May 06, 2026**.

The Clerk of the Court is respectfully directed to close ECF 54.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 30, 2026                                        **Ona T. Wang**
       New York, New York                              United States Magistrate Judge