

**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com***
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

June 11, 2026

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York

　　　　　Re:　　*Derwin Gonzalez v. City of New York, et al.*, 25 CV 1452 (LJL)(OTW)

Your Honor:

　　　　I am co-counsel for Plaintiff Derwin Gonzalez. The parties have reached a settlement in principle, and the Court has issued an order directing that the case be closed this Friday.

　　　　I now write, with Defendants' consent, seeking a two-week extension of that deadline. The parties are still in the process of finalizing the settlement-related paperwork. The process has been delayed because I had a medical emergency that required hospitalization and was not able to review and respond to the draft papers as quickly as I would have otherwise.

　　　　Thank you for the Court's attention to this matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Gideon Orion Oliver