UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- x

DERWIN GONZALEZ,

                                   Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

                                  Defendants.

-------------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

25 Civ. 1452 (LJL) (OTW)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated: New York, New York
       June 22      , 2026


COHEN & GREEN PLLC
*Attorneys for Plaintiff*
16-39 Centre St., Ste. 216
Ridgewood, NY 11385
(929) 888-9480

GIDEON ORION OLIVER
*Attorney for Plaintiff*
277 Broadway, Ste. 1501
New York, NY 10007
(718) 783-3682 x5

By: _____
       Gideon Orion Oliver

STEVEN BANKS
Corporation Counsel of the
       City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By:  _____
       Jonathan Hutchinson
       *Senior Counsel*


SO ORDERED:

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: _____June 29____, 2026

2